[No. 26090-9-III.   Division Three.   October 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIBEL GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00312-4, John M. Antosz, J., entered April 9, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.

[No. 26503-0-III.   Division Three.   October 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER WILLIAM EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-1-50305-5, Cameron Mitchell, J., entered October 2, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 26517-0-III.   Division Three.   October 14, 2008.]

JUDY BELOUS, *Respondent*, v. MICHAEL W. BARTLETT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-01647-0, Salvatore F. Cozza, J., entered October 19, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26553-6-III.   Division Three.   October 16, 2008.]

*In the Matter of the Parentage of* NATHAN DALE STREIBECK.

KEVIN PETERSON, *Appellant*, v. CHRISTINE L. STREIBECK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-5-00016-1, Rebecca M. Baker, J., entered October 2, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.